# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> TODD DISNER, et al., <br><br> Defendant(s). | Case No. 2:23-cv-01615-JAD-NJK <br><br> **ORDER** |

Pending before the Court is an order to show cause for failure to prosecute. Docket No. 9. A response was filed. Docket No. 11. In light of the subsequent motion to substitute, which was granted, Docket Nos. 10, 12, the order to show cause is **DISCHARGED**. Plaintiff must diligently advance this case moving forward.

IT IS SO ORDERED.

Dated: July 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1